**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GARY TAYLOR, | ) | No. CV14-3153-SJO (AS) |
|         Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| RON DAVIS, Warden, | ) | |
|         Respondent. | ) | |

Pursuant to the "Order Dismissing Action For Lack Of Subject Matter Jurisdiction," IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: September 9, 2014.

*S. James Otero*

————————————————
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE